

### 120 Day Motions

**Cserbak-Owens, Ellen (USAOHS)**   to: Kevin_Moser@ohsd.uscourts.gov   09/26/2017 02:30 PM

Cc: "Mangan, Timothy (USAOHS)", "Bowman_Chambers@ohsd.uscourts.gov"

From: "Cserbak-Owens, Ellen (USAOHS)" <Ellen.Cserbak-Owens@usdoj.gov>
To: "Kevin_Moser@ohsd.uscourts.gov" <Kevin_Moser@ohsd.uscourts.gov>,
Cc: "Mangan, Timothy (USAOHS)" <Timothy.Mangan@usdoj.gov>, "Bowman_Chambers@ohsd.uscourts.gov" <Bowman_Chambers@ohsd.uscourts.gov>

History: This message has been replied to.

2 attachments

 

17mj370 17mj371 CONSOLIDATED 120 day.pdf    17mj266-17mj273 CONSOLIDATED 120 Day.pdf

Kevin,

Attached are two consolidated 120 Day motions for two of Tim Mangan's cases. Please forward these to the Judge for review and please email a filed copy back to me.

Also, the following cases may be unsealed:
16mj701
16mj702
16mj714
16mj715
17mj147
17mj150
17mj297
16mj518
17mj198

Thank You,

*Ellen Cserbak-Owens*

Paralegal Specialist
United States Attorney's Office
221 East 4th Street #400
Cincinnati, Ohio 45202
Direct: 513-684-6826
Main: 513-684-3711
Fax: 513-684-6385
Ellen.Cserbak-Owens@usdoj.gov